UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60279-CIV-UNGARO

CONSTANTINE STASSIS et al.,

    Plaintiffs,
v.

OCEAN SUMMIT ASSOCIATIONS, INC.,

    Defendant.
_____/

### NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion to Stay Proceedings Pending Completion of Settlement, filed on July 15, 2008 (D.E. 30).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 30) is DENIED AS MOOT, in light of the Notice of Settlement recently filed by the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of July, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record