UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60279-CIV-UNGARO

CONSTANTINE STASSIS et al.,

    Plaintiffs,

v.

OCEAN SUMMIT ASSOCIATIONS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal, filed August 4, 2008 (D.E. 35).

THE COURT has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(2) this Cause is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of August, 2008.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record